IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JASON M. BRUNO, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV433 |
| | ) | |
| v. | ) | |
| | ) | |
| EXPERIAN SERVICES CORP., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion to extend deadline for submitting planning conference report (Filing No. 12).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the motion is granted; the parties shall have until January 20, 2011, to submit their planning conference report.

DATED this 19th day of January, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court