IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

JASON M. BRUNO,                          )
                                         )
              Plaintiff,        )              8:10CV433
                                         )
         v.                              )
                                         )
EXPERIAN SERVICES CORP.,          )              ORDER
                                         )
              Defendant.        )
_____)


        This matter is before the Court on plaintiff's
voluntary dismissal (Filing No. 21).  Pursuant thereto,

        IT IS ORDERED that this action is dismissed with
prejudice, each party to pay its own fees and costs.  All pending
motions are denied as moot.

        DATED this 2nd day of May, 2011.

                                BY THE COURT:

                                /s/ Lyle E. Strom
                                _____
                                LYLE E. STROM, Senior Judge
                                United States District Court